# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                           Case No.: 16–18400–KCF
                           Chapter: 13
                           Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Arthur Stanley Engel | Ronnie Judith Engel |
| 31 Chelsea Road | 31 Chelsea Road |
| Jackson, NJ 08527 | Jackson, NJ 08527 |

Social Security No.:
  xxx–xx–1021                                        xxx–xx–0973

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 6, 2017.

On 5/18/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:            June 28, 2017
Time:           10:00 AM
Location:     Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 19, 2017
JAN: vpm

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-18400-KCF
Arthur Stanley Engel                                                  Chapter 13
Ronnie Judith Engel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: May 19, 2017
                              Form ID: 185             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
```
db/jdb         +Arthur Stanley Engel,    Ronnie Judith Engel,    31 Chelsea Road,    Jackson, NJ 08527-2645
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
516149266      +1st Data,    4000 Coral Ridge Drive,    Coral Springs, FL 33065-7614
516149267      +A-1 Collections Svc,    101 Grovers Mill Rd Ste,    Lawrenceville, NJ 08648-4706
516149268     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
516149269      +C&M Shade Corp,    53 Dwight Place,    Fairfield, NJ 07004-3311
516248399      +C&M Shade Corp.,    c/o Kessler Law, LLC,    354 Eisenhower Parkway,    Plaza I, Suite 2250,
                 Livingston, NJ 07039-1056
516355501       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516375046       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
516375311       CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
516149270      +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
516246129      +Congregation Ahavat Olam,    c/o Kathleen R. Wall, Esq.,    2640 Highway 70, Ste. 9A, PO Box A,
                 Manasquan, NJ 08736-0631
516375881       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516149272      +John & Sally Tully,    5 Coventry Court,    Jackson, NJ 08527-3300
516149273      +Kathleen Wall,    2640 Highway 70,    Po Box A,    Manasquan, NJ 08736-0631
516149274      +Kessler Law LLC,    354 Eisenhower Parkway,    Plaza 1 Suite 2250,    Livingston, NJ 07039-1056
516149276      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
516149277      +National Funding , Inc.,    9820 Towne Centre Drive,    Suite 200,    San Diego, CA 92121-1944
516194603      +National Funding, Inc.,    c/o Szabo Associates, Inc.,    3355 Lenox Rd. NE, Suite 945,
                 Atlanta, GA 30326-1357
516149278      +Payment Remittance Center/Wells Fargo,    PO Box 51174,    Los Angeles, CA 90051-5474
516149279     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    P.O. Box 187,    Trenton, NJ 08695-0187)
516149282     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
516149280      +Tom Glen Inc.,    1306 South Roller Road,    Ocean, NJ 07712-3904
516246133      +Tom Glen Inc.,    c/o Kathleen R. Wall, Esq.,    2640 Highway 70, Ste. 9A, PO Box A,
                 Manasquan, NJ 08736-0631
516149281      +Toyota Financial Service,    Po Box 4102,    Carol Stream, IL 60197-4102
516179413      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516241431      +WELLS FARGO BANK N.A.,    PO BOX 29482,    PHOENIX AZ 85038-9482
516149283      +Wells Fargo,    PO Box 6000,    Fort Mill, SC 29716-1930
516275496       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan MN 55121-7700
516645282       Wells Fargo Bank, N.A., as servicer,    Default Document Processing,
                 1000 Blue Gentian Road, MAC# N9286-01Y,    Eagan, MN 55121-7700
516383146      +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
516149284      +Wf Crd Svc,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 19 2017 22:15:12      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2017 22:15:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516160854       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 19 2017 23:43:24
                 American InfoSource LP as agent for,    First Data Global Leasing,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
516181726       E-mail/Text: cio.bncmail@irs.gov May 19 2017 22:15:04      Dept. of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Phila, PA 19101-7346
516149275      +E-mail/Text: bnckohlsnotices@becket-lee.com May 19 2017 22:15:00      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516149271*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    Special Procedures,    Bankruptcy Section,
                 P.O. Box 724,    Springfield, NJ 07081)
516296213*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,   P.O. Box 245,
                 Trenton, NJ 08695-0245)
                                                                                               TOTALS: 0, * 2, ## 0
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 19, 2017
                              Form ID: 185             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John Philip Schneider    on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Michael Frederick Dingerdissen    on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Ronnie Judith Engel bkwoliver@aol.com
              William H. Oliver, Jr.    on behalf of Debtor Arthur Stanley Engel bkwoliver@aol.com
              William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                            TOTAL: 9