Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:  
Arthur Stanley Engel and Ronnie Judith Engel

Case No.: 16-18400

Judge: _____

Chapter: 13

Debtor(s)    "2nd modified plan"

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    ☒ Discharge Sought

☐ Motions Included    ☐ Modified/No Notice Required    ☐ No Discharge Sought

Date: May 15, 2017

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts.  You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice.  **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1:    Payment and Length of Plan

a. The debtor shall pay $ 1,454.00 per month to the Chapter 13 Trustee, starting on June 1, 2017 for approximately 47 months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☐ Future earnings

☒ Other sources of funding (describe source, amount and date when funds are available):

Social Security and help from family

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:     *clients are in a
Description: 5 Coventry Court Brick NJ                                  trial loan
Proposed date for completion: 6 months after confirmation               modification

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection**

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| William H. Oliver Jr. | Administrative Expenses | $0 |

**Part 4:    Secured Claims**

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Citimortgage Inc - 1st Mortgage | 5 Coventry Court Brick, NJ | (Post Petition arrears to be cured through loan modification - clients now in trial mod) | 0% | (Post Petition arrears to be cured through loan modification - clients now in trial mod) | $884.00 |
| Wells Fargo Home mortgage | Real Estate Taxes 31 Chelsea Road Jackson, NJ | $10,433.87 | 0% | $10,433.87 | $750.00 |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

3

    **d. Secured Claims Unaffected by the Plan**

        The following secured claims are unaffected by the Plan:

    **e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5: Unsecured Claims

    **a. Not separately classified** allowed non-priority unsecured claims shall be paid:

      ☒ Not less than $ __54,992.26__ to be distributed *pro rata*  `non-exempt equity interest in property`

      ☐ Not less than _____ percent

      ☐ *Pro Rata* distribution from any remaining funds

    **b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| Toyota Motor Credit | Auto Lease | Assume |

4

**Part 7:    Motions**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal***, within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a.  **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

   b.  **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

   c.  **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

## Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions

2) Other Administrative Claims - William H. Oliver Jr.

3) Secured Claims

4) Lease Arrearages

5) Priority Claims   6) General Unsecured Claims

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:   Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: November 18, 2016                    .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The plan is being modified to remove the IRS priority taxes and the State Sales Taxes to be paid based upon amended claim balance of $0.<br>Also, Coventry Court post petition mortgage arrears to be cured through a loan modification, clients are currently in a trial loan modification. We are also paying back Wells Fargo $10,433.87 real estate taxes to be paid through the chapter 13 plan based upon claim.<br>Also we are paying back $54,992.26 non-exempt equity in property owned by debtors. | Part 1a payment changed to $1520 x 47 months.<br>Part 3 removed IRS and State Sales Taxes as amended claim $0<br>Part 1c and 4a mortgage arrears to be paid for Coventry Court property to be cured through loan modification<br>Part 4a paying Wells Fargo taxes claim amount $10,433.87<br>Part 5a unsecured creditors to be paid $54,992.26 of non-exempt equity in property. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

6

**Part 10:** **Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: May 15, 2017                                        /s/William H. Oliver Jr.
                                                                         Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: May 15, 2017                                        /s/Arthur Stanley Engel
                                                                         Debtor

Date: May 15, 2017                                        /s/ Ronnie Judith Engel
                                                                         Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-18400-KCF
Arthur Stanley Engel                                                  Chapter 13
Ronnie Judith Engel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: May 19, 2017
                              Form ID: pdf901          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db/jdb         +Arthur Stanley Engel,    Ronnie Judith Engel,    31 Chelsea Road,    Jackson, NJ 08527-2645
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516149266      +1st Data,   4000 Coral Ridge Drive,    Coral Springs, FL 33065-7614
516149267      +A-1 Collections Svc,    101 Grovers Mill Rd Ste,    Lawrenceville, NJ 08648-4706
516149268     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
516149269      +C&M Shade Corp,    53 Dwight Place,   Fairfield, NJ 07004-3311
516248399      +C&M Shade Corp.,    c/o Kessler Law, LLC,    354 Eisenhower Parkway,    Plaza I, Suite 2250,
                 Livingston, NJ 07039-1056
516355501       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516375046       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
516375311       CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
516149270      +Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
516246129      +Congregation Ahavat Olam,    c/o Kathleen R. Wall, Esq.,    2640 Highway 70, Ste. 9A, PO Box A,
                 Manasquan, NJ 08736-0631
516375881       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516149272      +John & Sally Tully,    5 Coventry Court,   Jackson, NJ 08527-3300
516149273      +Kathleen Wall,    2640 Highway 70,   Po Box A,    Manasquan, NJ 08736-0631
516149274      +Kessler Law LLC,    354 Eisenhower Parkway,    Plaza 1 Suite 2250,    Livingston, NJ 07039-1056
516149276      +Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
516149277      +National Funding , Inc.,    9820 Towne Centre Drive,    Suite 200,    San Diego, CA 92121-1944
516194603      +National Funding, Inc.,    c/o Szabo Associates, Inc.,    3355 Lenox Rd. NE, Suite 945,
                 Atlanta, GA 30326-1357
516149278      +Payment Remittance Center/Wells Fargo,    PO Box 51174,    Los Angeles, CA 90051-5474
516149279     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of the Treasury,
                 Division of Taxation,   P.O. Box 187,    Trenton, NJ 08695-0187)
516149282     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
516149280      +Tom Glen Inc.,    1306 South Roller Road,    Ocean, NJ 07712-3904
516246133      +Tom Glen Inc.,    c/o Kathleen R. Wall, Esq.,    2640 Highway 70, Ste. 9A, PO Box A,
                 Manasquan, NJ 08736-0631
516149281      +Toyota Financial Service,    Po Box 4102,    Carol Stream, IL 60197-4102
516179413      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516241431      +WELLS FARGO BANK N.A.,    PO BOX 29482,    PHOENIX AZ 85038-9482
516149283      +Wells Fargo,    PO Box 6000,   Fort Mill, SC 29716-1930
516275496       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan MN 55121-7700
516645282       Wells Fargo Bank, N.A., as servicer,    Default Document Processing,
                 1000 Blue Gentian Road, MAC# N9286-01Y,    Eagan, MN 55121-7700
516383146      +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
516149284      +Wf Crd Svc,    Po Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 19 2017 23:14:41      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2017 23:14:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516160854       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 20 2017 00:51:13
                 American InfoSource LP as agent for,    First Data Global Leasing,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
516181726       E-mail/Text: cio.bncmail@irs.gov May 19 2017 23:14:13      Dept. of the Treasury,
                 Internal Revenue Service,    PO Box 7346,   Phila, PA 19101-7346
516149275      +E-mail/Text: bnckohlsnotices@becket-lee.com May 19 2017 23:14:03      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516149271*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Special Procedures,    Bankruptcy Section,
                 P.O. Box 724,   Springfield, NJ 07081)
516296213*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
                                                                                   TOTALS: 0, * 2, ## 0

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 19, 2017
                              Form ID: pdf901          Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2017 at the address(es) listed below:
```
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John Philip Schneider     on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Michael Frederick Dingerdissen     on behalf of Creditor     WELLS FARGO BANK, N.A.
           nj.bkecf@fedphe.com
          William H. Oliver, Jr.     on behalf of Joint Debtor Ronnie Judith Engel bkwoliver@aol.com
          William H. Oliver, Jr.     on behalf of Debtor Arthur Stanley Engel bkwoliver@aol.com
          William M.E. Powers     on behalf of Creditor     CitiMortgage, Inc. ecf@powerskirn.com
          William M.E. Powers, III     on behalf of Creditor     CitiMortgage, Inc. ecf@powerskirn.com
                                                                                   TOTAL: 9
```