775913
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
 Attorneys for Secured Creditor: WELLS FARGO
BANK, N.A.
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on August 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ARTHUR STANLEY ENGEL A/K/A ARTHUR
ENGEL
RONNIE JUDITH ENGEL

Case No: 16-18400 - KCF

Hearing Date: 06/28/2017

Judge:  Kathryn C. Ferguson

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: August 23, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**NJID 775913**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| ARTHUR STANLEY ENGEL A/K/A ARTHUR ENGEL RONNIE JUDITH ENGEL | CASE NO. 16-18400 - KCF CHAPTER 13 |
| Debtors | ORDER RESOLVING OBJECTION TO CONFIRMATION |
| | HEARING DATE: 06/28/2017 |

This Order pertains to the property located at 31 Chelsea Road, Jackson, NJ 08527, mortgage account ending with "0938";

**THIS MATTER** having been brought before the Court by WILLIAM H. OLIVER, JR., Esquire attorney for debtors, ARTHUR STANLEY ENGEL, RONNIE JUDITH ENGEL upon the filing of a Chapter 13 Plan, WELLS FARGO BANK, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

**IT IS** on the                    day of                    , 2017, ORDERED as follows:

1.    The Debtors plan is hereby amended to allow $13,292.10 to be paid to WELLS FARGO BANK, N.A.. Said amount reflects that found on WELLS FARGO BANK, N.A.'s Proof of Claim.

2.    If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in WELLS FARGO BANK, N.A.'s allowed secured proof of claim.

3.    Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

4.    Debtors acknowledge to continue making regular monthly mortgage payments.

       5.       This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.