775913
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for Secured Creditor: WELLS FARGO BANK, N.A.</u>
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on August 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ARTHUR STANLEY ENGEL A/K/A ARTHUR ENGEL
RONNIE JUDITH ENGEL

Case No: 16-18400 - KCF

Hearing Date: 06/28/2017

Judge: Kathryn C. Ferguson

# ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: August 23, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**NJID 775913**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

ARTHUR STANLEY ENGEL
A/K/A ARTHUR ENGEL
RONNIE JUDITH ENGEL

Debtors

CASE NO. 16-18400 - KCF

CHAPTER 13

ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 06/28/2017

This Order pertains to the property located at 31 Chelsea Road, Jackson, NJ 08527, mortgage account ending with "0938";

**THIS MATTER** having been brought before the Court by WILLIAM H. OLIVER, JR., Esquire attorney for debtors, ARTHUR STANLEY ENGEL, RONNIE JUDITH ENGEL upon the filing of a Chapter 13 Plan, WELLS FARGO BANK, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

**IT IS on the** _____ **day of** _____ **, 2017, ORDERED as follows:**

1. The Debtors plan is hereby amended to allow $13,292.10 to be paid to WELLS FARGO BANK, N.A.. Said amount reflects that found on WELLS FARGO BANK, N.A.'s Proof of Claim.

2. If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in WELLS FARGO BANK, N.A.'s allowed secured proof of claim.

3. Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

4. Debtors acknowledge to continue making regular monthly mortgage payments.

        5.       This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

United States Bankruptcy Court
District of New Jersey

In re:  
Arthur Stanley Engel  
Ronnie Judith Engel  
    Debtors

Case No. 16-18400-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin     Page 1 of 1     Date Rcvd: Aug 24, 2017  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.  
db/jdb      +Arthur Stanley Engel,    Ronnie Judith Engel,    31 Chelsea Road,    Jackson, NJ 08527-2645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:  
       Albert    Russo    docs@russotrustee.com  
       Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
       Andrew L. Spivack    on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
       Denise E. Carlon    on behalf of Creditor     Toyota Lease Trust dcarlon@kmllawgroup.com,  
    bkgroup@kmllawgroup.com  
       Michael Frederick Dingerdissen    on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
       Nicholas V. Rogers    on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
       William H. Oliver, Jr.    on behalf of Joint Debtor Ronnie Judith Engel bkwoliver@aol.com, r59915@notify.bestcase.com  
       William H. Oliver, Jr.    on behalf of Debtor Arthur Stanley Engel bkwoliver@aol.com, r59915@notify.bestcase.com  
       William M.E. Powers    on behalf of Creditor     CitiMortgage, Inc. ecf@powerskirn.com  
       William M.E. Powers, III    on behalf of Creditor     CitiMortgage, Inc. ecf@powerskirn.com  
                                                          TOTAL: 10