UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
Cn 4853
Trenton, NJ  08650
(609) 587-6888

**Order Filed on September 29, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Arthur Stanley Engel
Ronnie Judith Engel

Debtor(s)

Case No.: 16-18400 / KCF

Hearing Date:  09/27/2017

Judge: Kathryn C. Ferguson

Chapter: 13

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: September 29, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The modified plan of the debtor having been proposed to creditors, and a hearing having been held on the confirmation of such modified plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the modified plan of the above named debtor, dated 08/25/2017, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of 60 months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following schedule, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586:

$15,840.00 PAID TO DATE

$1,725.00 for 43 months beginning 10/01/2017

**ORDERED** that the case is confirmed with a calculated plan funding of $90,015.00, which includes a minimum $63,557.00 dividend to general unsecured creditors due to non-exempt equity in property.

**ORDERED** that the Standing Trustee shall be authorized to submit, ex-parte, an Amended Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed. R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b) Statement. Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is <u>not authorized</u> to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a).

**ORDERED** as follows:

CitiMortgage, PACER claim #15-1, shall be amended to zero, withdrawn or moved against by December 1, 2017.

Amended Consent Order resolving the treatment of post-petition arrears for CitiMortgage from the December 6, 2016 Order shall be filed by December 1, 2017.

United States Bankruptcy Court
District of New Jersey

In re:
Arthur Stanley Engel
Ronnie Judith Engel
    Debtors

Case No. 16-18400-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 02, 2017
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.
db/jdb      +Arthur Stanley Engel,    Ronnie Judith Engel,    31 Chelsea Road,    Jackson, NJ 08527-2645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:
         Albert    Russo    docs@russotrustee.com
         Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Andrew L. Spivack    on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
         Denise E. Carlon    on behalf of Creditor     Toyota Lease Trust dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Laura M. Egerman    on behalf of Creditor     Nationstar Mortgage LLC bkyecf@rasflaw.com,
          bkyecf@rasflaw.com;legerman@rasnj.com
         Michael Frederick Dingerdissen    on behalf of Creditor     WELLS FARGO BANK, N.A.
          nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
         William H. Oliver, Jr.    on behalf of Joint Debtor Ronnie Judith Engel bkwoliver@aol.com,
          r59915@notify.bestcase.com
         William H. Oliver, Jr.    on behalf of Debtor Arthur Stanley Engel bkwoliver@aol.com,
          r59915@notify.bestcase.com
         William M.E. Powers    on behalf of Creditor     CitiMortgage, Inc. ecf@powerskirn.com
         William M.E. Powers, III    on behalf of Creditor     CitiMortgage, Inc. ecf@powerskirn.com
                                                                                                                                       TOTAL: 11