UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

Order Filed on November 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ARTHUR STANLEY ENGEL and RONNIE JUDITH ENGEL,

Debtors

Case No.: 16-18400

Chapter: 13

Hearing Date: 11/16/17 @ 2:30 pm

Judge: Kathryn C. Ferguson

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: November 17, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____1,300_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____1,300_____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1,759____ per month for __43__ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Arthur Stanley Engel  
Ronnie Judith Engel  
    Debtors

Case No. 16-18400-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 20, 2017  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.  
db/jdb         +Arthur Stanley Engel,    Ronnie Judith Engel,    31 Chelsea Road,    Jackson, NJ 08527-2645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:

         Albert     Russo     docs@russotrustee.com  
         Albert     Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Andrew L. Spivack     on behalf of Creditor      WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Denise E. Carlon     on behalf of Creditor     Toyota Lease Trust dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
         Laura M. Egerman     on behalf of Creditor     Nationstar Mortgage LLC bkyecf@rasflaw.com,  
         bkyecf@rasflaw.com;legerman@rasnj.com  
         Michael Frederick Dingerdissen     on behalf of Creditor     WELLS FARGO BANK, N.A.  
         nj.bkecf@fedphe.com  
         Nicholas V. Rogers     on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         William H. Oliver, Jr.     on behalf of Joint Debtor Ronnie Judith Engel bkwoliver@aol.com,  
         r59915@notify.bestcase.com  
         William H. Oliver, Jr.     on behalf of Debtor Arthur Stanley Engel bkwoliver@aol.com,  
         r59915@notify.bestcase.com  
         William M.E. Powers     on behalf of Creditor     CitiMortgage, Inc. ecf@powerskirn.com  
         William M.E. Powers, III     on behalf of Creditor     CitiMortgage, Inc. ecf@powerskirn.com  
                                                                                                                                  TOTAL: 11