UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2016-1362

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

In Re:

Arthur Stanley Engel
Ronnie Judith Engel

Order Filed on May 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-18400-KCF

Hearing Date: N/A

Judge: Honorable Kathryn C. Ferguson

Chapter: 13

## ORDER AMENDING TRUSTEE'S CLAIM NUMBER 18

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: May 22, 2018

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Arthur Stanley Engel and Ronnie Judith Engel
Case No.: 16-18400-KCF
Caption of Order: ORDER AMENDING TRUSTEE'S CLAIM NUMBER 18

Upon the request of Powers Kirn, LLC, Attorney for CitiMortgage, Inc., debtor(s)' mortgagee and for cause shown, it is

**ORDERED** as follows:

1. On December 7, 2016, a Consent Order Curing Arrears and Providing for Further Default was entered allowing post petition arrears of $6,744.08 to be cured through debtor's Chapter 13 Plan.

2. The Standing Chapter 13 Trustee scheduled this amount to be paid and labeled said amount as "Trustee Claim Number 18".

3. Thereafter, an Order Approving Loan Modification was entered July 31, 2017.

4. Trustee's Claim Number 18 shall be amended such that any remaining balance shall be reduced to zero.

5. The mortgagee shall serve this order on the debtor, any trustee and other party who entered an appearance.