

Order Filed on May 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2016-1362

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

In Re:

Arthur Stanley Engel
Ronnie Judith Engel

Case No.: 16-18400-KCF

Hearing Date: N/A

Judge: Honorable Kathryn C. Ferguson

Chapter: 13

## ORDER AMENDING TRUSTEE'S CLAIM NUMBER 18

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED:** May 22, 2018

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**
Debtor: Arthur Stanley Engel and Ronnie Judith Engel
Case No.: 16-18400-KCF
Caption of Order:          ORDER AMENDING TRUSTEE'S CLAIM NUMBER 18

Upon the request of Powers Kirn, LLC, Attorney for CitiMortgage, Inc., debtor(s)' mortgagee and for cause shown, it is

**ORDERED** as follows:

1. On December 7, 2016, a Consent Order Curing Arrears and Providing for Further Default was entered allowing post petition arrears of $6,744.08 to be cured through debtor's Chapter 13 Plan.

2. The Standing Chapter 13 Trustee scheduled this amount to be paid and labeled said amount as "Trustee Claim Number 18".

3. Thereafter, an Order Approving Loan Modification was entered July 31, 2017.

4. Trustee's Claim Number 18 shall be amended such that any remaining balance shall be reduced to zero.

5. The mortgagee shall serve this order on the debtor, any trustee and other party who entered an appearance.

United States Bankruptcy Court
District of New Jersey

In re:
Arthur Stanley Engel
Ronnie Judith Engel
    Debtors

Case No. 16-18400-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 23, 2018
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2018.
db/jdb          +Arthur Stanley Engel,    Ronnie Judith Engel,    31 Chelsea Road,    Jackson, NJ 08527-2645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2018 at the address(es) listed below:
         Albert    Russo    docs@russotrustee.com
         Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
         Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
         Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
         bkyecf@rasflaw.com;legerman@rasnj.com
         Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.
         nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
         William H. Oliver, Jr.    on behalf of Joint Debtor Ronnie Judith Engel bkwoliver@aol.com,
         R59915@notify.bestcase.com
         William H. Oliver, Jr.    on behalf of Debtor Arthur Stanley Engel bkwoliver@aol.com,
         R59915@notify.bestcase.com
         William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
         William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                                                               TOTAL: 11