| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Robertson, Anschutz & Schneid, P.L.**<br>Attorneys for Secured Creditor<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br><br>Laura Egerman, Esq. (LE-8250) | Order Filed on September 14, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**ARTHUR STANLEY ENGEL and<br>RONNIE JUDITH ENGEL,**<br><br>     **Debtors.** | Case No.:     16-18400-KCF<br>Chapter:      13<br>Hearing Date: August 8, 2018<br>Judge:        Kathryn C. Ferguson |

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☑ Followed | | ☐ Modified |

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: September 14, 2018**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page **2**
Debtors:     Arthur Stanley Engel and Ronnie Judith Engel
Case No.:    16-18400-KCF
Caption of Order:  **Order Vacating Stay**

---

Upon the motion of NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY, ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

31 Chelsea Road, Jackson, New Jersey 08527

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale.. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.