UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**Robertson, Anschutz & Schneid, P.L.**
Attorneys for Secured Creditor
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)

Laura Egerman, Esq. (LE-8250)

Order Filed on September 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**ARTHUR STANLEY ENGEL and
RONNIE JUDITH ENGEL,**

    **Debtors.**

Case No.:    16-18400-KCF
Chapter:    13
Hearing Date: August 8, 2018
Judge:    Kathryn C. Ferguson

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: September 14, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page **2**
Debtors:    Arthur Stanley Engel and Ronnie Judith Engel
Case No.:    16-18400-KCF
Caption of Order:  **Order Vacating Stay**

___

Upon the motion of NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY, ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

31 Chelsea Road, Jackson, New Jersey 08527

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale.. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-18400-KCF
Arthur Stanley Engel                                                            Chapter 13
Ronnie Judith Engel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Sep 14, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.
db/jdb         +Arthur Stanley Engel,   Ronnie Judith Engel,   31 Chelsea Road,   Jackson, NJ 08527-2645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Ronnie Judith Engel bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Arthur Stanley Engel bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                               TOTAL: 11