Order Filed on September 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

   Arthur Stanley Engel and
   Ronnie Judith Engel

Case No.:    16-18400

Chapter:    13

Hearing Date:    9/12/18

Judge:    Ferguson

**ORDER VACATING**

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 17, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court on its own motion finds that the:

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order, dated ___September 14, 2018___, be and the same is hereby vacated.

*revised 2/25/14*