| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Robertson, Anschutz & Schneid, P.L.<br>Attorneys for Secured Creditor<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br><br>~~Laura M. Egerman (LE-8250)~~<br>Aleisha C. Jennings 049302015 | Order Filed on October 17, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>CASE NO.: 16-18400-KCF<br><br>CHAPTER 13<br><br>HEARING DATE: 09/12/2018<br><br>JUDGE: Kathryn C. Ferguson |
| In Re:<br><br>ARTHUR STANLEY ENGEL and RONNIE JUDITH ENGEL,<br><br>Debtors. | |

## AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through four (4), is hereby ORDERED.

**DATED: October 17, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**

Secured Creditor: Nationstar Mortgage LLC d/b/a Champion Mortgage Company

Secured Creditor's Counsel: Robertson, Anschutz & Schneid, P.L.

Debtor's Counsel: William H. Oliver, Jr., Esq.

Property Involved ("Collateral"): 31 Chelsea Road, Jackson, New Jersey 08527

Relief sought:
- ■ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ■ The Debtor is overdue for post-petition property taxes, in the amount of $8,215.02

   ☐ The Debtor is overdue for ___ payments, from _____ to _____, at $_____ per month.

   ☐ The Debtor is overdue for ___ payments, from _____ to _____, at $_____ per month.

   ☐ The Debtor is assessed for _____ late charges at $_____ per month.

   Funds Held In Suspense $0.00.
   Total Arrearages Due $8,215.02.

2. Debtor must cure all post-petition arrearages, as follows:

   ☐ Immediate payment shall be made in the amount of $_____. Payment shall be made no later than _____.

   ☐ Beginning on _____, regular monthly mortgage payments shall continue to be made in the amount of $_____.

   ☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for ___ months.

■ The amount of $8,215.02 shall be capitalized in the debtor's Chapter 13 plan. Debtor must file an Amended Plan, and Schedules I and J within twenty-one (21) days of the entry of this Order. The debtor's monthly payment to the Chapter 13 Trustee will be modified to an amount necessary to appropriately fund the plan in accordance with this order.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment: _____

☐ Regular monthly payment: _____

☐ Monthly cure payment: _____

4. In the event of Default:

■ If the Debtor fails to make the immediate payment specified above or fails to timely make tax payments within thirty (30) days of the date the payments are due and maintain insurance coverage and provide proof of same, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.     Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $350.00, and costs of $181.00.

The fees and costs are payable:

■ Through the Chapter 13 plan.

☐ To the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

The undersigned hereby consent to the form and entry of the foregoing order.

_____  
William H. Oliver, Jr, Esq.  
*Attorney for Debtor(s)*  
Date:

_____ Aleisha C. Jennings  
Laura M. Egerman, Esq.  
*Attorney for Secured Creditor*  
Date: 10/4/18

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 16-18400-KCF
Arthur Stanley Engel                                                                    Chapter 13
Ronnie Judith Engel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1              Date Rcvd: Oct 17, 2018
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2018.
db/jdb         +Arthur Stanley Engel,   Ronnie Judith Engel,   31 Chelsea Road,   Jackson, NJ 08527-2645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Nationstar Mortgage LLC ajennings@rasflaw.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              William H. Oliver, Jr.    on behalf of Debtor Arthur Stanley Engel bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Ronnie Judith Engel bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                               TOTAL: 12