UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ 07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

Order Filed on October 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ARTHUR STANLEY ENGEL and RONNIE JUDITH ENGEL,

                    Debtors

Case No.:  16-18400

Chapter:  13

Hearing Date:  10/25/18 @ 2:30 pm

Judge:  Kathryn C. Ferguson

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through \_\_\_\_\_2\_\_\_\_\_ is hereby **ORDERED**.

**DATED: October 26, 2018**

_Honorable Kathryn C. Ferguson_
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____1,300_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____1,300_____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_2,169\_\_\_\_ per month for \_\_\_30\_\_\_ months to allow for payment of the aforesaid fee.