UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 16-18400 |
| ARTHUR STANLEY ENGEL | Chapter: 13 |
| RONNIE JUDITH ENGEL | Judge: MBK |
| , Debtors | |

## NOTICE OF PROPOSED PRIVATE SALE

_____Ronnie Engel_____, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:   Clerk, Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on ____December 3, 2019____ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, _____Trenton, New Jersey_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   5 Coventry Court, Brick, NJ 08724

Proposed Purchaser:   DANJO Partners, LLC / Nelson Monroy

Sale price:   148,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Re/Max 1st Adv. / Weichert Realtors / Michelle Katz, Esq. |
| Amount to be paid: | 2.5% of Sale Price / 2.5% of Sale Price / Amount as will appear in HUD |
| Services rendered: | Real Estate Broker / Real Estate Broker / Attorney for Seller |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: William H. Oliver, Jr., Esq

Address: 2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.: 732-988-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-18400-MBK
Arthur Stanley Engel                                                  Chapter 13
Ronnie Judith Engel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2          Date Rcvd: Oct 24, 2019
                             Form ID: pdf905          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
```
db/jdb         +Arthur Stanley Engel,    Ronnie Judith Engel,    31 Chelsea Road,    Jackson, NJ 08527-2645
cr             +Nationstar Mortgage LLC,    Robertson Anschutz & Schneid, P.L.,    6409 Congress Ave, Suite 100,
                 Boca Raton, Fl 33487-2853
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516149266      +1st Data,    4000 Coral Ridge Drive,    Coral Springs, FL 33065-7614
516149267      +A-1 Collections Svc,    101 Grovers Mill Rd Ste,    Lawrenceville, NJ 08648-4706
516149268     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bk Of Amer,     Po Box 982238,    El Paso, TX 79998)
516149269      +C&M Shade Corp,    53 Dwight Place,    Fairfield, NJ 07004-3311
516248399      +C&M Shade Corp.,    c/o Kessler Law, LLC,    354 Eisenhower Parkway,    Plaza I, Suite 2250,
                 Livingston, NJ 07039-1056
516355501       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517851937      +CitiMortgage, Inc.,    c/o Cenlar, FSB,    425 Phillips Blvd.,    Ewing NJ 08618-1430
517851938      +CitiMortgage, Inc.,    c/o Cenlar, FSB,    425 Phillips Blvd.,    Ewing NJ, 08618,
                 CitiMortgage, Inc.,    c/o Cenlar, FSB 08618-1430
516375046      #CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
516375311       CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
516149270      +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
516246129      +Congregation Ahavat Olam,    c/o Kathleen R. Wall, Esq.,    2640 Highway 70, Ste. 9A, PO Box A,
                 Manasquan, NJ 08736-0631
516149272      +John & Sally Tully,    5 Coventry Court,    Jackson, NJ 08527-3300
516149273      +Kathleen Wall,    2640 Highway 70,    Po Box A,    Manasquan, NJ 08736-0631
516149274      +Kessler Law LLC,    354 Eisenhower Parkway,    Plaza 1 Suite 2250,    Livingston, NJ 07039-1056
516149276      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
517385405      +NATIONSTAR MORTGAGE LLC,    8950 CYPRESS WATERS BLVD,    COPPELL, TX 75019-4620
517385406      +NATIONSTAR MORTGAGE LLC,    8950 CYPRESS WATERS BLVD,    COPPELL, TX 75019,
                 NATIONSTAR MORTGAGE LLC,    8950 CYPRESS WATERS BLVD,    COPPELL, TX 75019-4620
516194603      +National Funding, Inc.,    c/o Szabo Associates, Inc.,    3355 Lenox Rd. NE, Suite 945,
                 Atlanta, GA 30326-1357
516149278      +Payment Remittance Center/Wells Fargo,    PO Box 51174,    Los Angeles, CA 90051-5474
516149279     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,     Department of the Treasury,
                 Division of Taxation,    P.O. Box 187,    Trenton, NJ 08695-0187)
516149282     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit Co,     4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
516246133      +Tom Glen Inc.,    c/o Kathleen R. Wall, Esq.,    2640 Highway 70, Ste. 9A, PO Box A,
                 Manasquan, NJ 08736-0631
516149280      +Tom Glen Inc.,    1306 South Roller Road,    Ocean, NJ 07712-3904
516149281      +Toyota Financial Service,    Po Box 4102,    Carol Stream, IL 60197-4102
516179413      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516241431      +WELLS FARGO BANK N.A.,    PO BOX 29482,    PHOENIX AZ 85038-9482
516149283      +Wells Fargo,    PO Box 6000,    Fort Mill, SC 29716-1930
516275496       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan MN 55121-7700
516645282       Wells Fargo Bank, N.A., as servicer,    Default Document Processing,
                 1000 Blue Gentian Road, MAC# N9286-01Y,    Eagan, MN 55121-7700
516383146      +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
517263168      +Wells Fargo Payment Remittance Center,    PO Box 51174,    Los Angeles, CA 90051-5474
516149284      +Wf Crd Svc,    Po Box 14517,    Des Moines, IA 50306-3517
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2019 00:52:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2019 00:52:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516160854       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 25 2019 01:09:06
                 American InfoSource LP as agent for,    First Data Global Leasing,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
516375881       E-mail/Text: bnc-quantum@quantum3group.com Oct 25 2019 00:52:29
                 Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
516181726       E-mail/Text: cio.bncmail@irs.gov Oct 25 2019 00:52:05      Dept. of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Phila, PA  19101-7346
516149275      +E-mail/Text: bncnotices@becket-lee.com Oct 25 2019 00:51:56      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516149277      +E-mail/Text: jduty@nationalfunding.com Oct 25 2019 00:53:27      National Funding , Inc.,
                 9820 Towne Centre Drive,    Suite 200,    San Diego, CA 92121-1944
                                                                                              TOTAL: 7
```

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Oct 24, 2019
                              Form ID: pdf905          Total Noticed: 43


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517207332*       CitiMortgage, Inc.,   P.O. Box 6030,   Sioux Falls, SD 57117-6030
516149271*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,   Special Procedures,   Bankruptcy Section,
                  P.O. Box 724,   Springfield, NJ 07081)
516296213*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,   Division of Taxation,   P.O. Box 245,
                  Trenton, NJ 08695-0245)
                                                                                        TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
              Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Nationstar Mortgage LLC ajennings@rasflaw.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Ronnie Judith Engel bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Arthur Stanley Engel bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William M. E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                             TOTAL: 13
```