Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−18400−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Arthur Stanley Engel                                       Ronnie Judith Engel
   31 Chelsea Road                                            31 Chelsea Road
   Jackson, NJ 08527                                        Jackson, NJ 08527

Social Security No.:
   xxx−xx−1021                                                     xxx−xx−0973

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on November 6, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 134 − 131
Order Granting Application to Employ Professional Weichert Realtors as Real Estate SELLING Broker (Related Doc # 131). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/6/2019. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 6, 2019
JAN: bwj

                                                                                          Jeanne Naughton
                                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-18400-MBK
Arthur Stanley Engel                                                Chapter 13
Ronnie Judith Engel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Nov 06, 2019
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2019.
r              +Weichert Realtors-Brick,    740 Brick Blvd.,    Brick, NJ 08723-4104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Aleisha Candace Jennings    on behalf of Creditor    Nationstar Mortgage LLC ajennings@rasflaw.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.
           nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          William H. Oliver, Jr.    on behalf of Debtor Arthur Stanley Engel bkwoliver@aol.com,
           R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Joint Debtor Ronnie Judith Engel bkwoliver@aol.com,
           R59915@notify.bestcase.com
          William M. E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                             TOTAL: 13