**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ  07753

Order Filed on November 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ARTHUR STANLEY ENGEL
RONNIE JUDITH ENGEL
                    Debtor

Case No.:        16-18400

Judge:        Michael B. Kaplan

Chapter:        13

Recommended Local Form:    ☑ Followed    ☐ Modified

**ORDER AUTHORIZING
RETENTION OF**  Weichert Realtors (Selling Broker)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 6, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re:     Ronnie Engel

Case No.:     16-18400

Applicant:     Ronnie Engel

(check all that apply) ☐ Trustee: ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☑ Debtor: ☐ Chap. 11    ☑ Chap. 13

☐ Official Committee of _____

Name of Professional:     Weichert Realtors

Address of Professional:     740 Brick Blvd

Brick, NJ 08723

☐ Attorney for (check all that apply):
    ☐ Trustee    ☐ Debtor-in-Possession
    ☐ Official Committee of _____

☐ Accountant for:
    ☐ Trustee    ☐ Debtor-in-Possession
    ☐ Official Committee of _____

☑ Other Professional:
    ☑ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer
    ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Arthur Stanley Engel  
Ronnie Judith Engel  
    Debtors

Case No. 16-18400-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Nov 06, 2019  
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.  
db/jdb        +Arthur Stanley Engel,    Ronnie Judith Engel,    31 Chelsea Road,    Jackson, NJ 08527-2645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:

     Albert    Russo     docs@russotrustee.com  
     Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
     Aleisha Candace Jennings     on behalf of Creditor     Nationstar Mortgage LLC ajennings@rasflaw.com  
     Andrew L. Spivack     on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
     Denise E. Carlon     on behalf of Creditor     Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Laura M. Egerman     on behalf of Creditor     Nationstar Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
     Michael Frederick Dingerdissen     on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
     Nicholas V. Rogers     on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
     William H. Oliver, Jr.     on behalf of Debtor Arthur Stanley Engel bkwoliver@aol.com, R59915@notify.bestcase.com  
     William H. Oliver, Jr.     on behalf of Joint Debtor Ronnie Judith Engel bkwoliver@aol.com, R59915@notify.bestcase.com  
     William M. E. Powers, III     on behalf of Creditor     CitiMortgage, Inc. ecf@powerskirn.com  
     William M.E. Powers     on behalf of Creditor     CitiMortgage, Inc. ecf@powerskirn.com  
     William M.E. Powers, III     on behalf of Creditor     CitiMortgage, Inc. ecf@powerskirn.com  
     TOTAL: 13