UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

**Order Filed on April 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ARTHUR STANLEY ENGEL
RONNIE JUDITH ENGEL

| | |
|---|---|
| Case No.: | 16-18400 |
| Hearing Date: | 12-3-19 @ 9AM |
| Chapter: | 13 |
| Judge: | MBK |

AMENDED
**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: April 30, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____5 Coventry Court, Brick, NJ 08724_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Re/Max 1st Adv. / Weichert Realtors / Michelle Katz, Esq. |
| Amount to be paid: | 2.5% of Sale Price /2.5% of Sale Price / Amount as will appear in HUD |
| Services rendered: | Real Estate Broker / Real Estate Broker / Attorney for Seller |

**OR**: ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____0_____ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

10. The Stay as authorized by Rule 6004(h) is waived and the sale may proceed without the expiration of the 14 day period per the Rule.

*rev.8/1/15*

3

United States Bankruptcy Court
District of New Jersey

In re:  
Arthur Stanley Engel  
Ronnie Judith Engel  
    Debtors

Case No. 16-18400-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 30, 2020  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2020.  
db/jdb        +Arthur Stanley Engel,    Ronnie Judith Engel,    31 Chelsea Road,    Jackson, NJ 08527-2645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2020 at the address(es) listed below:

       Albert    Russo    docs@russotrustee.com  
       Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
       Aleisha Candace Jennings    on behalf of Creditor     Nationstar Mortgage LLC ajennings@rasflaw.com  
       Andrew L. Spivack    on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
       Denise E. Carlon    on behalf of Creditor     Toyota Lease Trust dcarlon@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       Laura M. Egerman    on behalf of Creditor     Nationstar Mortgage LLC bkyecf@rasflaw.com,  
        bkyecf@rasflaw.com;legerman@rasnj.com  
       Michael Frederick Dingerdissen    on behalf of Creditor     WELLS FARGO BANK, N.A.  
        nj.bkecf@fedphe.com  
       Nicholas V. Rogers    on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
       William H. Oliver, Jr.    on behalf of Debtor Arthur Stanley Engel courtdocs@oliverandlegg.com,  
        R59915@notify.bestcase.com  
       William H. Oliver, Jr.    on behalf of Joint Debtor Ronnie Judith Engel  
        courtdocs@oliverandlegg.com,    R59915@notify.bestcase.com  
       William M. E. Powers, III    on behalf of Creditor     CitiMortgage, Inc. ecf@powerskirn.com  
       William M.E. Powers    on behalf of Creditor     CitiMortgage, Inc. ecf@powerskirn.com  
       William M.E. Powers, III    on behalf of Creditor     CitiMortgage, Inc. ecf@powerskirn.com  
                                                                              TOTAL: 13