| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>WILLIAM H. OLIVER, JR.<br>2240 Highway 33<br>Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129 | Order Filed on May 17, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re:<br><br>ARTHUR and RONNIE ENGEL | Case No.:<br>Chapter:<br>Judge: | 16-18400<br>13<br>MBK |

**ORDER REGARDING REQUEST FOR EXEMPTION FROM:**
**ARTHUR ENGEL (only)**

☐  CREDIT COUNSELING REQUIRED UNDER 11 U.S.C. § 109(h)(1)

☐  PARTICIPATION IN FINANCIAL MANAGEMENT COURSE REQUIRED UNDER 11 U.S.C. § 727(a)(11) or 1328(g)(1)

☒  REQUIREMENT TO FILE CERTIFICATION IN SUPPORT OF DISCHARGE REQUIRED UNDER U.S.C. § 1328(a)

The relief set forth on the following pages, numbered two (2) and three (3) is **ORDERED**.

**DATED: May 17, 2021**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented by the debtor pursuant to 11 U.S.C. § 109(h)(4), and for good cause shown, it is

ORDERED that:

☒ The debtor's request is GRANTED; the debtor is hereby exempt from:

☐ obtaining budget and credit counseling required under 11 U.S.C. § 109(h)(1) and filing a Certificate of Credit Counseling,

☐ participating in a Financial Management Course as required under 11 U.S.C. § 727(a)(11), or 1328(g)1(1) and filing a Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23),

☒ filing a Certification in Support of Discharge concerning Domestic Support Obligation as required by 11 U.S.C. § 1328(a).

_____ The debtor's request for an exemption is DENIED, and

☐ the debtor must obtain budget and credit counseling from a United States Trustee approved credit counseling agency and file a *Certificate of Credit Counseling* on or before fourteen (14) days from the date the debtor's petition was filed or the case will be dismissed without further notice,

☐ the debtor must participate in a Financial Management Course conducted by a United States Trustee approved agency, and file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23),*

☐ the debtor must file a *Certification in Support of Discharge* concerning domestic support obligations as required under 11 U.S.C. § 1328(a).

The documents highlighted above must be filed

☐ on or before the last day to object to discharge has expired,

or

☐ on or before the last payment is made to the Standing Trustee on the Debtor's plan.

Failure to do so will result in the debtor's case being closed without the debtor having received a discharge.

_____ A hearing on this matter has been scheduled at the following date and time.

Hearing Date/Time:	_____

Hearing Location:	_____

	_____

	_____

Courtroom:	_____

*rev.5/23/16*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 16-18400-MBK
Arthur Stanley Engel  Chapter 13
Ronnie Judith Engel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: May 17, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Arthur Stanley Engel, Ronnie Judith Engel, 31 Chelsea Road, Jackson, NJ 08527-2645 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Michael Frederick Dingerdissen | on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: May 17, 2021 Form ID: pdf903 Total Noticed: 1

Nicholas V. Rogers
    on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

William H. Oliver, Jr.
    on behalf of Debtor Arthur Stanley Engel courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

William H. Oliver, Jr.
    on behalf of Joint Debtor Ronnie Judith Engel courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

William M. E. Powers, III
    on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com

TOTAL: 12