| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Arthur Stanley Engel<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1021<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Ronnie Judith Engel<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0973<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–18400–MBK | | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Arthur Stanley Engel                     Ronnie Judith Engel

7/1/21                                   **By the court:** Michael B. Kaplan
                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Arthur Stanley Engel  
Ronnie Judith Engel  
    Debtors

Case No. 16-18400-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Jul 01, 2021     Form ID: 3180W     Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Arthur Stanley Engel, Ronnie Judith Engel, 31 Chelsea Road, Jackson, NJ 08527-2645 |
| sp | + | Michelle Katz, 2200 W. County Line Road, Jackson, NJ 08527-2277 |
| cr | + | Nationstar Mortgage LLC, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave, Suite 100, Boca Raton, Fl 33487-2853 |
| r | + | ReMax 1st Advantage, 727 Raritan Road, Clark, NJ 07066-2229 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| r | + | Weichert Realtors-Brick, 740 Brick Blvd., Brick, NJ 08723-4104 |
| 516149266 | + | 1st Data, 4000 Coral Ridge Drive, Coral Springs, FL 33065-7614 |
| 516149267 | + | A-1 Collections Svc, 101 Grovers Mill Rd Ste, Lawrenceville, NJ 08648-4706 |
| 516149269 | + | C&M Shade Corp, 53 Dwight Place, Fairfield, NJ 07004-3311 |
| 516248399 | + | C&M Shade Corp., c/o Kessler Law, LLC, 354 Eisenhower Parkway, Plaza I, Suite 2250, Livingston, NJ 07039-1056 |
| 517851937 | + | CitiMortgage, Inc., c/o Cenlar, FSB, 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 517851938 | + | CitiMortgage, Inc., c/o Cenlar, FSB, 425 Phillips Blvd., Ewing NJ, 08618, CitiMortgage, Inc. c/o Cenlar, FSB 08618-1430 |
| 516246129 | + | Congregation Ahavat Olam, c/o Kathleen R. Wall, Esq., 2640 Highway 70, Ste. 9A, PO Box A, Manasquan, NJ 08736-0631 |
| 516149272 | + | John & Sally Tully, 5 Coventry Court, Jackson, NJ 08527-3300 |
| 516149273 | + | Kathleen Wall, 2640 Highway 70, Po Box A, Manasquan, NJ 08736-0631 |
| 516149274 | + | Kessler Law LLC, 354 Eisenhower Parkway, Plaza 1 Suite 2250, Livingston, NJ 07039-1056 |
| 517385405 | + | NATIONSTAR MORTGAGE LLC, 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019-4620 |
| 517385406 | + | NATIONSTAR MORTGAGE LLC, 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019, NATIONSTAR MORTGAGE LLC, 8950 CYPRESS WATERS BLVD COPPELL, TX 75019-4620 |
| 516194603 | + | National Funding, Inc., c/o Szabo Associates, Inc., 3355 Lenox Rd. NE, Suite 945, Atlanta, GA 30326-1357 |
| 516149278 | + | Payment Remittance Center/Wells Fargo, PO Box 51174, Los Angeles, CA 90051-5474 |
| 516149279 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, P.O. Box 187, Trenton, NJ 08695-0187 |
| 516149280 | + | Tom Glen Inc., 1306 South Roller Road, Ocean, NJ 07712-3904 |
| 516246133 | + | Tom Glen Inc., c/o Kathleen R. Wall, Esq., 2640 Highway 70, Ste. 9A, PO Box A, Manasquan, NJ 08736-0631 |
| 516179413 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 01 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 01 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516160854 | EDI: AIS.COM | Jul 02 2021 00:28:00 | American InfoSource LP as agent for, First Data Global Leasing, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516149268 | EDI: BANKAMER.COM | Jul 02 2021 00:28:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 516355501 | EDI: BL-BECKET.COM | Jul 02 2021 00:28:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516375046 | | EDI: CITICORP.COM | Jul 02 2021 00:28:00 | CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971 |
| 516375311 | | EDI: CITICORP.COM | Jul 02 2021 00:28:00 | CitiMortgage, Inc., P.O. Box 6030, Sioux Falls, SD 57117-6030 |
| 516149270 | + | EDI: CITICORP.COM | Jul 02 2021 00:28:00 | Citimortgage Inc, Po Box 9438, Gaithersburg, MD 20898-9438 |
| 516149276 | | EDI: CITICORP.COM | Jul 02 2021 00:28:00 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 516375881 | | EDI: Q3G.COM | Jul 02 2021 00:28:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516181726 | | EDI: IRS.COM | Jul 02 2021 00:28:00 | Dept. of the Treasury, Internal Revenue Service, PO Box 7346, Phila, PA 19101-7346 |
| 516149275 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 01 2021 20:35:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 516149277 | + | Email/Text: jduty@nationalfunding.com | Jul 01 2021 20:37:00 | National Funding, Inc., 9820 Towne Centre Drive, Suite 200, San Diego, CA 92121-1944 |
| 516149282 | | EDI: TFSR.COM | Jul 02 2021 00:28:00 | Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 516149281 | + | EDI: TFSR.COM | Jul 02 2021 00:28:00 | Toyota Financial Service, Po Box 4102, Carol Stream, IL 60197-4102 |
| 516241431 | + | EDI: WFFC.COM | Jul 02 2021 00:28:00 | WELLS FARGO BANK N.A., PO BOX 29482, PHOENIX AZ 85038-9482 |
| 516149283 | + | EDI: WFFC.COM | Jul 02 2021 00:28:00 | Wells Fargo, PO Box 6000, Fort Mill, SC 29716-1930 |
| 516275496 | | EDI: WFFC.COM | Jul 02 2021 00:28:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 516645282 | | EDI: WFFC.COM | Jul 02 2021 00:28:00 | Wells Fargo Bank, N.A., as servicer, Default Document Processing, 1000 Blue Gentian Road, MAC# N9286-01Y, Eagan, MN 55121-7700 |
| 516383146 | + | EDI: WFFC.COM | Jul 02 2021 00:28:00 | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 517263168 | + | EDI: WFFC.COM | Jul 02 2021 00:28:00 | Wells Fargo Payment Remittance Center, PO Box 51174, Los Angeles, CA 90051-5474 |
| 516149284 | + | EDI: WFFC.COM | Jul 02 2021 00:28:00 | Wf Crd Svc, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517207332 | * | CitiMortgage, Inc., P.O. Box 6030, Sioux Falls, SD 57117-6030 |
| 516149271 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures, Bankruptcy Section, P.O. Box 724, Springfield, NJ 07081 |
| 516296213 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

Case 16-18400-MBK    Doc 170    Filed 07/03/21    Entered 07/04/21 00:16:26    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2021 | Form ID: 3180W | Total Noticed: 46 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 03, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| Michael Frederick Dingerdissen | on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com |
| William H. Oliver, Jr. | on behalf of Joint Debtor Ronnie Judith Engel courtdocs@oliverandlegg.com R59915@notify.bestcase.com |
| William H. Oliver, Jr. | on behalf of Debtor Arthur Stanley Engel courtdocs@oliverandlegg.com R59915@notify.bestcase.com |
| William M. E. Powers, III | on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com |

TOTAL: 13